IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERINE GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05 C 59 |
| | ) | |
| JEFFREY BURKE, et al., | ) | Judge Moran |
| | ) | |
| Defendants. | ) | Magistrate Judge Soat Brown |

PLAINTIFF'S MOTION IN LIMINE

Plaintiff, Sherine Gray, by her attorney, Edmund B. Moran, Jr., hereby moves in limine to bar certain evidence that defendants intend to introduce at trial. In support of this motion, Plaintiff states as follows:

1. Defendants intend to introduce evidence of plaintiff's conviction of a charge of disturbing the peace arising from the incident which is the subject of the complaint in this case.

2. Defendants also intend to introduce evidence of two prior convictions of Plaintiff for prostitution and/or giving a massage without a license.

3. The disturbing the peace conviction should be barred as it is irrelevant. It does not relate to the circumstances surrounding defendants' use of force.

4. The prior convictions should be barred under Federal Rule of Evidence 403 as their probative value is far outweighed by their capacity for unfair prejudice, confusion of the issues, and their potential to inflame and mislead the jury.

1

SHERINE GRAY

By: s/Edmund B. Moran, Jr.
     Her Attorney

Edmund B. Moran, Jr.
Suite 857
53 West Jackson Boulevard
Chicago, Illinois 60604
(312) 408-1544

## CERTIFICATE OF SERVICE

    I, Edmund B. Moran, Jr., an attorney, hereby certify that I caused a true and accurate copy of the foregoing PLAINTIFF'S MOTION IN LIMINE to be sent via e-filing through the CM/ECF system to Avi T. Kamionski, an e-filing user, on February 2, 2007.

                              /s/ Edmund B. Moran, Jr.
                              Attorney for Plaintiff